UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    14-02234 |
| TOLGA BALIK and BAHAR BALIK | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

**ORDER REOPENING CHAPTER 7 CASE**

THIS CAUSE, coming to be heard on DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE, due notice having been given, and the Court being advised in the premises; IT IS HEREBY ORDERED;

1. Debtors' Motion to Reopen is granted;

2. The Clerk is directed to reopen this case to permit Debtors to file amended Schedules B and C.

3. The Office of the United States Trustee is directed to appoint a Chapter 7 Trustee in this case to administer any non-exempt property of this estate.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  March 23, 2015

**Prepared by:**

Mohammed O. Badwan ARDC#6299011
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181